**David BAND, individually, Plaintiff–Appellant,**

v.

**TWIN CITY FIRE INSURANCE COMPANY, a corporation, Defendant–Appellee.**

No. 12–14402.

United States Court of Appeals, Eleventh Circuit.

Dec. 3, 2013.

Philip Nathan Hammersley, James Derrick Maginness, Norton Hammersley Lo-

---

pez & Skokos, PA, Sarasota, FL, for Plaintiff–Appellant.

Katherine C. Donlon, Wiand Guerra King, PL, Tampa, FL, Michael D. Mulvaney, Christopher Charles Frost, John Alan Little, Jr., Shema N. Mbyirukira, Amy Wilson Savoie, Maynard Cooper & Gale, PC, Birmingham, AL, for Defendant–Appellee.

Before TJOFLAT, MARCUS, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

This is a suit under a professional liability insurance policy. Plaintiff Band claims that defendant Twin City Fire Insurance Co., owed him a duty to defend him in a third-party action. Twin City, responding, claimed that the allegations of the complaint in the third-party action failed to assert conduct that fell within the policy's coverage; to the contrary, such conduct fell within a policy exclusion. The District Court, in an order entered on April 5, 2012, agreed with Twin City and granted its Fed.R.Civ.P. 12(b)(6) motion to dismiss Band's complaint. Band appeals. We affirm for the reasons stated by the District Court in its April 5, 2012, order.

AFFIRMED.